# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-50692

United States Court of Appeals
Fifth Circuit

**FILED**

July 5, 2019

Lyle W. Cayce
Clerk

CONNIE RAY PALMER,

Plaintiff-Appellant

v.

JOEL A. GUANA, Warden I; MICHELLE D. SELLERS, Program Supervisor I; JESUS A. GARCIA-CHAVEZ, Food Service Captain; VERONICA A. SERRA, Food Service Manager II; IRMA E. MARTINEZ, Food Service Manager III; M.D. SHERRI TALLEY, Doctor; SAMUEL B. ITIE, FPN; INYANG WILSON, PA,

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:18-CV-25

Before SOUTHWICK, HAYNES, and HO, Circuit Judges.

PER CURIAM:[*]

Connie Ray Palmer, Texas prisoner # 1583752, moves this court for authorization to proceed in forma pauperis (IFP) following the district court's dismissal without prejudice of his 42 U.S.C. § 1983 complaint. Because he has failed to show that he should be allowed to proceed IFP on appeal under 28

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-50692

U.S.C. § 1915(g), *see Baños v. O'Guin*, 144 F.3d 883, 885 (5th Cir. 1998), Palmer's motion for leave to proceed IFP is denied.

The facts surrounding the IFP decision are inextricably intertwined with the merits of the appeal. *See Baugh v. Taylor*, 117 F.3d 197, 202 & n.24 (5th Cir. 1997). The appeal presents no nonfrivolous issues and is dismissed as frivolous. 5TH CIR. R. 42.2.

MOTION DENIED; APPEAL DISMISSED.